John K. SUCKOW, Appellant, v. BORAX CONSOLIDATED, Inc., Appellee.

No. 7506.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Wm. H. Neblett, of Los Angeles, Cal., for appellant.

Newlin & Ashburn, of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel, ordered appeal dismissed, mandate forthwith.

---

SUCKOW BORAX MINES CONS., Inc., Appellant, v. PACIFIC COAST BORAX CO., Appellee.

No. 7628.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Joseph F. Westall, of Los Angeles, Cal., for appellant.

Frank L. A. Graham, of Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

---

Frank B. THRASHER, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7496.

Circuit Court of Appeals, Fifth Circuit.

Oct. 16, 1934.

In forma pauperis.

Frank B. Thrasher, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., H. T. Nichols, Sp. Atty., and Ike K. Hay, Asst. U. S. Atty., all of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

Corry E. TULLAR, Appellant, v. UNITED STATES of America, Appellee.

No. 7463.

Circuit Court of Appeals, Ninth Circuit.

Sept. 5, 1934.

Sherwood & Heiman, of Seattle, Wash., for appellant.

J. Chas. Dennis, U. S. Atty., and Warren G. Magnuson, Asst. U. S. Atty., both of Seattle, Wash.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon consideration of transcript of record and briefs filed and oral arguments had, it is ordered that the judgment of the District Court herein be affirmed, that a judgment be filed and entered accordingly, and the mandate of this court issue as provided in rule 32.